UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCOS JOSE BARBOZA VALENILLA,

Petitioner,

v.

WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,

Respondent.

No. 1:26-cv-05241-DAD-SCR (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN PART AND STAYING THIS ACTION

(Doc. No. 4)

Petitioner Marcos Jose Barboza Valenilla is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 16, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be dismissed. (Doc. No. 4.) Specifically, the magistrate judge found that petitioner filed a substantially similar habeas action in the U.S. District Court for the Middle District of Florida titled *Barbosa Valenilla v. Warden, Baker County Detention Center, et al.*, No. 3:26-cv-00144-JEP-PDB, which is now fully briefed. (*Id.* at 1–3.) The magistrate judge therefore concluded that the first-to-file rule bars consideration of petitioner's pending petition before this court and recommended dismissing that

petition. (*Id.*) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) On August 3, 2026, petitioner filed his objections to the pending findings and recommendations, in which he requests that the court merely stay the present action. (Doc. No. 5 at 3–4.) As the magistrate judge noted, the district court has discretion to stay the second case in the interest of efficiency and judicial economy. (Doc. No. 4 at 2) (quoting *In re Bozic*, 888 F.3d 1048, 1052 (9th Cir. 2018)). A review of the docket in the Middle District of Florida action indicates that, on August 24, 2026, petitioner requested voluntary dismissal of his petition without prejudice. No. 3:26-cv-00144-JEP-PDB, Doc. No. 19. In light of this development, the court concludes that judicial economy would be promoted by temporarily staying this action until the earlier filed action is resolved.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.

For the reasons above,

1. The findings and recommendations issued on July 16, 2026 (Doc. No. 4) are ADOPTED IN PART;
2. This action is hereby STAYED pending resolution of the earlier filed petition filed in the Middle District of Florida titled *Barbosa Vallenilla v. Warden, Baker County Detention Center, et al.*, No. 3:26-cv-00144-JEP-PDB; and
3. Petitioner is advised to notify this court within fourteen (14) days of the resolution of the action pending before the Middle District of Florida or if not resolved to file a status report regarding that action with this court within 60 days of the date of this order and every thirty (30) days thereafter.

IT IS SO ORDERED.

Dated: **August 26, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE