UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS JOSE BARBOZA VALENILLA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,<br><br>Respondent. | No. 1:26-cv-05241-DAD-SCR<br><br><u>ORDER GRANTING REQUEST TO LIFT STAY</u><br><br>(Doc. Nos. 7, 8) |

On August 26, 2026, the court temporarily stayed this action pending dismissal of the earlier filed petition filed in the Middle District of Florida titled *Barbosa Valenilla v. Warden, Baker County Detention Center, et al.*, No. 3:26-cv-00144-JEP-PDB ("*Barbosa Valenilla I*"). (Doc. No. 6.) On August 28, 2026, petitioner, proceeding *pro se*, filed a motion notifying this court that he filed a motion to dismiss *Barbosa Valenilla I* in the Middle District of Florida.[1] (Doc. No. 7.) On September 11, 2026, petitioner filed a request to lift the temporary stay and a notice that *Barbosa Valenilla I* was dismissed on August 31, 2026. (Doc. No. 8.) A review of the

[1] Petitioner styled this filing as a motion, although it appears to simply be a notification that he moved to dismiss *Barbosa Valenilla I.* (Doc. No. 7 at 1.) To the extent that this notice may be construed as a motion to lift the stay, it will be denied as having been rendered moot by this court's order granting his subsequent request to lift the stay.

docket in *Barbosa Valenilla I* reveals that petitioner's motion for voluntary dismissal without prejudice was granted on August 31, 2026. (*Barbosa Valenilla I* Doc. No. 20.) In light of the dismissal of *Barbosa Valenilla I*, this court will grant petitioner's request to lift the temporary stay of these proceedings.

Accordingly,

1. Petitioner's request to lift the stay (Doc. No. 8) is GRANTED and the stay is hereby LIFTED;
2. Petitioner's motion to notify the court or alternatively motion to lift the stay (Doc. No. 7) is DENIED as moot; and
3. This matter is hereby re-referred to Magistrate Judge Sean C. Riordan for further proceedings.

IT IS SO ORDERED.

Dated: **September 16, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE